1     DARRYL P. RAINS (State Bar No. 104802)
       MORRISON & FOERSTER LLP
2     755 Page Mill Road
       Palo Alto, California  94304-1018
3     Telephone: (650) 813-5600
       Facsimile: (650) 494-0792
4     Email: DRains@mofo.com

5     DIANE E. PRITCHARD (State Bar No. 96999)
       MORRISON & FOERSTER LLP
6     425 Market Street
       San Francisco, CA  94105-2482
7     Telephone: (415) 268-7000
       Facsimile:  (415) 268-7522
8     Email: DPritchard@mofo.com

9     Attorneys for Defendants
       TIMOTHY K. MONTGOMERY, WILLIAM J. TAMBLYN,
10   GREGORY M. AVIS, WILLIAM A. HASLER, ANDREI M.
       MANOLIU, and DITECH NETWORKS, INC.

11

12

13                   UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

16

| 17   In re DITECH NETWORKS, INC.<br>DERIVATIVE LITIGATION | Case No. C 06-05157 JF |
|---|---|
| 18 | **STIPULATION AND [~~PROPOSED~~] ORDER (1) RELATING AND CONSOLIDATING RELATED ACTIONS, (2) APPOINTING CO-LEAD PLAINTIFF AND CO-LEAD PLAINTIFFS' COUNSEL, AND (3) RE-SETTING CASE MANAGEMENT CONFERENCE** |
| 19–22   This Document Relates To: All Actions | |

23

24        WHEREAS two actions were filed in this Court, *Donald W. Newman, Derivatively on*

25   *Behalf of Nominal Defendant Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No.

26   C 06-05157 JF) ("*Newman*") and *James McKenna, Derivatively on Behalf of Nominal Defendant*

27   *Ditech Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-05242 JF) ("*McKenna*"),

28

                                                  1

1    which purport to be derivative actions brought on behalf of Ditech Networks, Inc. ("Ditech")

2    against various individuals alleging that those defendants engaged in the improper backdating of

3    certain stock option grants during the period 1999 through 2001; and

4        WHEREAS the *Newman* and *McKenna* actions already have been (i) related pursuant to

5    this Court's orders entered October 2, 2006 in those actions, and (ii) consolidated as *In re Ditech*

6    *Networks, Inc. Derivative Litigation* (Case No. C 06-05157 JF), pursuant to this Court's order

7    entered November 7, 2006, a copy of which is attached hereto as Exhibit A ("Consolidation

8    Order"); and

9        WHEREAS the Consolidation Order provides that "[a]ny other actions now pending or

10   later filed in this Court which arise out of or are related to the same facts as alleged in [*Newman*

11   and *McKenna*] shall be consolidated for all purposes, if and when they are brought to the Court's

12   attention" (Exh. A at ¶ 2); and

13       WHEREAS a new action, entitled *Kenneth Lau, Derivatively on Behalf of Ditech*

14   *Networks, Inc. v. Timothy K. Montgomery, et al.* (Case No. C 06-6877 PVT) ("*Lau*"), has been

15   filed in this Court; and

16       WHEREAS the *Lau* complaint also purports to be brought derivatively on behalf of

17   Ditech, against many of the same defendants as the *Newman* and *McKenna* cases, and seeks relief

18   on behalf of the company arising out of alleged improper backdating of stock option grants since

19   1999; and

20       WHEREAS *Lau* arises out of or is related to the same facts as *Newman* and *McKenna* (*see*

21   Exh. A at ¶ 2), the actions concern substantially the same parties, property, transaction or event,

22   and it appears likely that there will be an unduly burdensome duplication of labor and expense if

23   the cases are conducted before different judges (*see* Civil L. R. 3-12(a)); and

24       WHEREAS Lerach Coughlin Stoia Geller Rudman & Robbins, Counsel for plaintiff

25   Kenneth Lau, and Schiffrin & Barroway, Counsel for plaintiffs Donald W. Newman and James

26   McKenna, have agreed to a structure by which Lau, Newman and McKenna will be Lead

27   Plaintiffs, with their counsel Lerach Coughlin and Schiffrin & Barroway serving as Co-Lead

28   Counsel in this action; and

1    WHEREAS nominal defendant Ditech Networks, Inc. takes no position as to the

2    appointment of Kenneth Lau, Donald W. Newman and James McKenna as Lead Plaintiffs and

3    Lerach Coughlin Stoia Geller Rudman & Robbins LLP and Schiffrin & Barroway, LLP as Co-

4    Lead Counsel; and

5    WHEREAS a case management conference date set in one of the two originally

6    consolidated actions was vacated, but a case management conference set for December 1, 2006 in

7    the other action was not vacated; and

8    WHEREAS the Consolidation Order provides for the filing of a Consolidated Complaint

9    by December 22, 2006, with a response to the Consolidated Complaint due 45 days after the

10   service of the Consolidated Complaint, and sets out a briefing schedule for any motion to dismiss

11   (*see* Exh. A at ¶¶ 16-19); and

12   WHEREAS the parties believe it would serve the interests of judicial efficiency and

13   effective case management to conduct the case management conference after the *Lau* action has

14   been consolidated in this proceeding,

15   NOW, THEREFORE, IT IS HEREBY STIPULATED by and among plaintiff Donald W.

16   Newman, plaintiff James McKenna, plaintiff Kenneth Lau, and defendant Ditech, through their

17   respective counsel of record, as follows:

18       1.    The *Lau* action should be related to and consolidated for all purposes with *In re*

19   *Ditech Networks, Inc. Derivative Litigation*, Case No. C 06-05157 JF, pursuant to the Court's

20   Consolidation Order, and all pleadings in *Lau* shall be filed in conformity with the Court's

21   Consolidation Order.

22       2.    A Consolidated Complaint including the *Newman*, *McKenna* and *Lau* claims,

23   which will supersede all existing complaints, including the *Lau* complaint, shall be filed and

24   served no later than December 22, 2006.

25       3.    The case management conference previously set in one of the consolidated actions

26   for December 1, 2006 at 10:30 a.m. should be re-set in the consolidated actions for February 23,

27   2007 at 10:30 a.m., in the Courtroom of the Honorable Jeremy Fogel.

28

1    Dated:  November 28, 2006          SCHIFFRIN & BARROWAY LLP
                                               ERIC L. ZAGAR

2                                                SANDRA G. SMITH

3                                                Proposed Co-Lead Counsel for Plaintiffs

4                                                      - and -

5                                                BRAMSON, PLUTZIK, MAHLER &
                                               BIRKHAEUSER, LLP

6                                                ALAN R. PLUTZIK
                                               L. TIMOTHY FISHER

7                                                KATHRYN A. SCHOFIELD

8                                                Counsel for Plaintiffs Donald W. Newman
                                               and James McKenna

9

10                                                By _____ s/ Sandra G. Smith _____

11

12    Dated:  November 28, 2006          LERACH COUGHLIN STOIA GELLER
                                               RUDMAN & ROBBINS LLP

13                                                WILLIAMS S. LERACH
                                               DARREN J. ROBBINS

14                                                TRAVIS E. DOWNS III
                                               SHAWN A. WILLIAMS

15                                                Proposed Co-Lead Counsel for Plaintiffs

16

17                                                      - and -

18                                                SHUMAN & BERENS LLP
                                               KIP B. SHUMAN

19                                                Counsel for Plaintiff Kenneth Lau

20

21                                                By _____ s/ Aelish Baig _____

22

23

24

25

26

27

28

1

2
Dated:  November 28, 2006                    MORRISON & FOERSTER LLP
                                             DARRYL P. RAINS
3                                            DIANE E. PRITCHARD

4
                                             By _____s/  Diane E. Pritchard_____
5                                                    Diane E. Pritchard
                                             Counsel for Defendants DITECH
6                                            NETWORKS, INC., TIMOTHY K.
                                             MONTGOMERY, WILLIAM J.
7                                            TAMBLYN, GREGORY M. AVIS,
                                             WILLIAM A. HASLER, and ANDREI M.
8                                            MANOLIU

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1        I, Diane E. Pritchard, am the ECF User whose ID and password are being used to file this

2  Stipulation and [Proposed] Order (1) Relating and Consolidating Related Actions, (2) Appointing

3  Co-Lead Plaintiff and Co-Lead Plaintiffs' Counsel, and (3) Re-Setting Case Management

4
5  Conference.  In compliance with General Order 45, X.B., I hereby attest that Sandra G. Smith and

6  Aelish Baig, attorneys for plaintiffs, have concurred in this filing.

7

8  Dated:  November 28, 2006                MORRISON & FOERSTER LLP
9                                           DARRYL P. RAINS
                                            DIANE E. PRITCHARD
10

11                                          By _____s/  Diane E. Pritchard_____
12                                              Diane E. Pritchard
                                             Counsel for Defendants DITECH
13                                           NETWORKS, INC., TIMOTHY K.
                                             MONTGOMERY, WILLIAM J.
14                                           TAMBLYN, GREGORY M. AVIS,
                                             WILLIAM A. HASLER, and ANDREI M.
15                                           MANOLIU

16

17      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18
    Dated:  ___11/28/06_____
19
20                                          _____
                                                Honorable Jeremy Fogel
                                                United States District Judge
21

22

23

24

25

26

27

28